Brandon A. Keim (028831)
bkeim@frgalaw.com
Yale F. Goldberg (005245)
ygoldberg@frgalaw.com
**Frazer Ryan Goldberg & Arnold LLP**
1850 North Central Avenue, Suite 1800
Phoenix, AZ 85004
(602) 277-2010

Attorneys for Defendant Stephen M. Kerr

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:19-CV-05432-DJH |
| Plaintiff, | |
| v. | **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT TO REDUCE CIVIL PENALTY ASSESSMENTS TO JUDGMENT** |
| Stephen M. Kerr, | |
| Defendant. | |

Defendant Stephen M. Kerr ("Kerr"), by his undersigned counsel, answers Plaintiff United States of America's complaint as follows:

## RESPONDING TO THE COMPLAINT'S ALLEGATIONS

To the extent not specifically admitted below, the allegations should be deemed denied.

1.      Kerr admits the allegations in paragraph 1 of the complaint except denies that he is liable for the FBAR penalties assessed against him.

2.      Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 of the complaint.

3.      Kerr admits the allegations in paragraph 3 of the complaint.

4.      Kerr admits the allegations in paragraph 4 of the complaint.

5.      Kerr admits the allegation in paragraph 5 of the complaint that venue properly lies in the District of Arizona under 28 U.S.C. § 1391(b)(1) because he resides within the judicial district. Kerr lacks knowledge or information sufficient to form a belief about the truth of the rest of the allegations in paragraph 5 of the complaint.

6.      Kerr admits the allegations in paragraph 6 of the complaint.

7.      Kerr admits the allegations in paragraph 7 of the complaint.

8.      Kerr admits the allegations in paragraph 8 of the complaint.

9.      Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 of the complaint.

10.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 of the complaint.

11.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 of the complaint.

12.     Kerr admits the allegations in paragraph 12 of the complaint.

13.     Kerr admits the allegations in paragraph 13 of the complaint.

14.     Kerr admits the allegations in paragraph 14 of the complaint.

15.     Kerr admits the allegations in paragraph 15 of the complaint.

16.     Kerr admits the allegation in paragraph 16 of the complaint that he engaged Rusch. Kerr lacks knowledge or information sufficient to form a belief about the truth of the rest of paragraph 16 of the complaint.

17.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17 of the complaint.

18.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18 of the complaint.

19.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19 of the complaint.

20.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20 of the complaint.

21.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 21 of the complaint.

22.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22 of the complaint.

23.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 of the complaint.

24.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 of the complaint.

25.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 of the complaint.

26.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26 of the complaint.

27.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27 of the complaint.

28.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28 of the complaint.

29.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29 of the complaint.

30.     Kerr admits the allegations in paragraph 30 of the complaint.

31.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31 of the complaint.

32.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32 of the complaint.

33.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33 of the complaint that *he* "checked the box 'no' regarding whether he had control of a foreign account."

34.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34 of the complaint.

35.     Kerr admits the allegations in paragraph 35 of the complaint.

36.     Kerr admits the allegations in paragraph 36 of the complaint. Kerr alleges that there was no finding of any intent to evade tax for 2007 and 2008. Kerr alleges that Honorable Judge James A. Teilborg determined that the Government failed to prove "that the tax loss exceeds zero" for 2007 and 2008 at his sentencing.

37.     Kerr admits the allegations in paragraph 37 of the complaint.

38.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38 of the complaint.

39.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39 of the complaint.

40.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40 of the complaint.

41.     Kerr admits the allegations in paragraph 41 of the complaint.

4

42.     Kerr admits the allegations in paragraph 42 of the complaint.

43.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43 of the complaint.

44.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44 of the complaint.

45.     Kerr denies the allegations in paragraph 45 of the complaint.

46.     Kerr lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46 of the complaint.

47.     Kerr denies the allegations in paragraph 47 of the complaint.

## AFFIRMATIVE DEFENSES

48.     The FBAR penalties assessed by the IRS are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law and therefore unlawful pursuant to 5 U.S.C. § 706(2)(A) of the Administrative Procedure Act.

49.     The FBAR penalties assessed by the IRS exceed the statutory jurisdiction, authority, or limitations applicable to the IRS and therefore are unlawful pursuant to 5 U.S.C. § 706(2)(C) of the Administrative Procedure Act.

WHEREFORE, Defendant prays that:

1.  Plaintiff take nothing by reason of its Complaint;

2.  That judgment be entered in favor of Defendant;

3.  That Defendant recover his costs of suit herein; and

4.  For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this this 21st day of January, 2020.

FRAZER RYAN GOLDBERG & ARNOLD LLP

By:   /s/ Brandon A. Keim
      BRANDON A. KEIM
      Attorneys for Defendant Stephen M. Kerr