RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-353-2466 (v)
202-307-0054 (f)
Jeremy.Hendon@usdoj.gov
Western.TaxCivil@usdoj.gov

MICHAEL BAILEY
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) Case No. 2:19-cv-05432-DJH |
| Plaintiff, | )<br>) **United States' Notice of Service of** |
| v. | ) **United States' Mandatory Initial**<br>) **Discovery Responses** |
| Stephen M. Kerr, | )<br>) |
| Defendant. | ) |

Plaintiff, the United States of America, by and through undersigned counsel, hereby provides notice that it served its mandatory initial discovery responses on counsel for Defendant on February 20, 2020.

United States' Notice of Service of MIDR
(Case No. 2:19-cv-05432-DJH)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-2466

1    DATED this 21st day of February, 2020.

2                                             Respectfully submitted,

3                                             RICHARD E. ZUCKERMAN
                                              Principal Deputy Assistant Attorney General
4

5                                             */s/ Jeremy N. Hendon*
                                              JEREMY N. HENDON
6                                             Trial Attorney, Tax Division
                                              U.S. Department of Justice
7                                             P.O. Box 683
                                              Washington, D.C.  20044
8
                                              MICHAEL BAILEY
9                                             United States Attorney
                                              *Of Counsel*
10

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 21st day of February, 2020 via the Court's CM/ECF system to:

| | |
|---|---|
| Brandon Anthony Keim | bkeim@frgalaw.com, mnorthcott@frgalaw.com |
| Yale F Goldberg | ygoldberg@frgalaw.com |

*/s/ Jeremy N. Hendon*
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

United States' Notice of Service of MIDR
(Case No. 2:19-cv-05432-DJH)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-353-2466