IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Stephen M. Kerr,<br><br>          Defendant. | No. CV-19-05432-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion for Relief from Order Prohibiting the Filing of More Than One Dispositive Motion and To Stay Pending Case Deadlines Until Dispositive Motion is Decided (Doc. 17).

**IT IS HEREBY ORDERED** the Joint Motion (Doc. 17) is **GRANTED** in part as follows:

1.     The United States may file a dispositive motion on the preclusion issue no later than 15 days after the date of this Order. The parties may then file a response and reply in accordance with the applicable Local and Federal Rules.

2.     The United States is relieved from paragraph 7(c) of the Court's original Rule 16 Scheduling Order (Doc. 11), which prohibits a party from filing more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, to the extent that the United States may file one additional motion on the preclusion issue.

3.     The parties' request to stay all unexpired deadlines set forth in the Court's April 20, 2020, Order (Doc. 15) and this Court's original Rule 16 Scheduling Order (Doc.

1  11) is **DENIED** without prejudice as premature.

2  Dated this 15th day of October, 2020.

*[signature]*
Honorable Diane J. Humetewa
United States District Judge