DAVID A. HUBBERT
Acting Assistant Attorney General

JEREMY N. HENDON
MATTHEW P. UHALDE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-353-2466 (v)
202-307-0054 (f)
Jeremy.Hendon@usdoj.gov
Western.TaxCivil@usdoj.gov

ANTHONY MARTIN
Acting United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:19-cv-05432-DJH |
| Plaintiff, | |
| v. | **Joint Status Report on Settlement Talks** |
| Stephen M. Kerr, | |
| Defendant. | |

The parties, by and through their undersigned counsel, jointly submit this status report on their settlement talks as required by the Court's Rule 16 Scheduling Order.  The parties have engaged in good faith settlement talks on three separate specific occasions since this case began.

The first specific occasion occurred during the Summer of 2020.  In the parties' first joint motion to extend the case deadlines filed in this case (Doc. 14), the parties

Joint Status Report on Settlement Talks
(Case No. 2:19-cv-05432-DJH)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-353-2466

noted Defendant's assertion that even if the United States prevails in this action to reduce the federal penalty assessments at issue to a judgment, he has an inability to pay any such judgment.  Based on that assertion, the parties requested additional time to fully explore settlement without engaging in costly litigation at the same time.  After the Court granted that joint motion, the parties engaged in good faith discussions regarding possible settlement.

The second specific occasion occurred on a June 2, 2021 telephone call prior to the deadline for the parties to file dispositive motions in this case.

The last specific occasion occurred on July 19, 2021, via WebEx technology with counsel and the parties or a party representative present as required by the Court's Rule 16 Scheduling Order.  At that time, the parties were also preparing their responses to each other's dispositive motions that had been filed.  During the WebEx meeting, counsel for the parties discussed their legal and factual views of the case and answered questions.  The parties were unable to reach a settlement.  However, the parties plan to continue their settlement discussions and will apprise the Court if they are able to reach a settlement.

///

///

///

///

///

///

///

Joint Status Report on Settlement Talks
(Case No. 2:19-cv-05432-DJH)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-353-2466

Respectfully submitted this 28th day of July 2021.

> DAVID A. HUBBERT
> Acting Assistant Attorney General
>
> */s/ Jeremy N. Hendon*
> JEREMY N. HENDON
> CHARLES J. BUTLER
> MATTHEW P. UHALDE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Washington, D.C. 20044
>
> ANTHONY MARTIN
> Acting United States Attorney
> *Of Counsel*
>
> *Counsel for Plaintiff United States of America*
>
>
> */s/ Brandon A. Keim*
> BRANDON A. KEIM
> FRAZER RYAN GOLDBERG & ARNOLD LLP
> 1850 N. Central Avenue, Suite 1800
> Phoenix, Arizona 85004
>
> *Counsel for Defendant Stephen M. Kerr*

Joint Status Report on Settlement Talks
(Case No. 2:19-cv-05432-DJH)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-2466

# **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 28th day of July 2021 via the Court's CM/ECF system to:

Brandon A. Keim                bkeim@frgalaw.com, mnorthcott@frgalaw.com

/s/ *Jeremy N. Hendon*
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

Joint Status Report on Settlement Talks
(Case No. 2:19-cv-05432-DJH)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-353-2466