| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 16 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.

STEPHEN KERR,

    Defendant-Appellee.

No.  23-15826

D.C. No. 2:19-cv-05432-DJH
District of Arizona,
Phoenix

ORDER

Appellate proceedings are stayed pending the district court's resolution of the United States of America's motion for entry of final judgment after remand or for an indicative ruling under Federal Rule of Civil Procedure 62.1.

Within 10 days of the district court's ruling, appellant must file a status report and/or motion for appropriate relief. Appellee may file a response within 10 days after service of appellant's filing.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA111